**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

EPSON AMERICA, INC.,

    Plaintiff,

  v.

SHENZHEN YUHONGWEIYE
TECHNOLOGY CO.,
LTD, ET AL,

    Defendants.

Civil Action No.: 1:26–CV–11408–MJJ

**DECLARAION OF Hou Zhicong**

**DECLARATION OF Hou Zhicong**

I, **Hou Zhicong**, declare as follows:

1. I am the manager of Shenzhen Yuhongweiye Technology Co., Ltd. ("SYT"). I have personal knowledge of the facts stated in this declaration. Where stated, my knowledge is based on my position with SYT and my review of SYT's business records. If called as a witness, I could and would testify competently to the facts stated herein.

2. SYT is a business entity organized under the laws of the People's Republic of China.

3. SYT does not maintain an office, employee, mailing address, warehouse, or other physical presence in Massachusetts.

4. SYT is not registered to do business in Massachusetts.

5. SYT does not own, operate, or control the website located at https://elephas-projector.com/.

1

6. SYT does not own, control, use, monitor, or have access to the email address support@elephasusa.com.

7. The email address support@elephasusa.com is not an email address used by SYT for business communications.

8. SYT has not authorized support@elephasusa.com, or any person using that email address, to accept service of process on behalf of SYT.

9. SYT did not receive the summons or Complaint in this action through the email support@elephasusa.com.

10. SYT is not the manufacturer of the accused ELEPHAS projector products identified in Plaintiff's Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2026, in Shenzhen, People's Republic of China.

/s/ _Zhicong Hou_
NAME

3